**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.:**

MARIO ESPINOZA,

        Plaintiff,

  vs.

UNITED STATES OF AMERICA,

        Defendant.

_____/

## **COMPLAINT**

Plaintiff, MARIO ESPINOZA, sues Defendant, United States of America, for the actions of the United States Postal Service, and alleges:

### *PARTIES, JURISDICTION, AND VENUE*

1. This case is brought against the United States of America pursuant to and in compliance with 28. U.S.C. §§2671-2680 et seq, commonly referred to as the "Federal Tort Claims Act" (FTCA) and 28 U.S.C. §1346(b)(1) for money damages as compensation for personal injuries that were caused by the negligence of an employee of the United States Government while acting within the course and scope of her official duties.

2. Plaintiff, MARIO ESPINOZA, is a resident of Broward County, Florida.

3. The United States Postal Service is an agent of the United States of America.

4. This Federal District Court has jurisdiction in this cause of action because it is brought pursuant to and in compliance with 28 USC §1346(b), §2401(b) and §§2671-2680 et seq, commonly known as the "Federal Tort Claims Act," which vests exclusive subject matter jurisdiction of Federal Tort Claims litigation in the Federal District Court.

5.   Venue is proper in this district pursuant to 28 USC §1402 (b) as the United States of America is a Defendant and a substantial part of the events giving rise to the claim occurred in this District.

6.   Liability of Defendant, United States of America, is predicated specifically on Title 28 §1346(b)(1) and 274 because the personal injuries and resulting damages of which complaint is made were proximately caused by the negligence of Luanne Carmille Bevans Daricaud, an employee and agent of the United States of America through its agency, the United States Postal Service in Broward County, Florida.

7.   At all times material, Plaintiff, MARIO ESPINOZA, would be entitled to pursue these claims under the laws of the State of Florida.

8.   Plaintiff, MARIO ESPINOZA, pleads pursuant to Title 28 USC §§2672 and 2675(a) that the claims set forth herein were timely filed with and presented administratively to the Defendant's agency, the United States Postal Service on or about July 1, 2025.

9.   The United States Postal Service acknowledged receipt of the administrative claim by way of by way of letter dated October 23, 2025.

10.   The United States Postal Service failed to resolve Plaintiff's claim at the end of the statutory six (6) month period. The United States Postal Service's failure to resolve Plaintiff's claim within the required time-period constitutes denial by the Defendant.

11.   Accordingly, Plaintiff, MARIO ESPINOZA, has complied with all jurisdictional prerequisites and conditions precedent to the commencement and prosecution of this litigation.

12.   The United States Postal Service is an agency of the Defendant, United States of America. Defendant, through its agency, employs mail carriers that deliver mail for the United States Postal Service. They are deemed federal employees and therefore, the claim is properly

**Morgan & Morgan, P.A.**
8151 Peters Road, Ste. 400 ● Plantation, Florida 33324 ● Telephone (954) 210-7392 ● Facsimile (954) 210-7380
www.ForThePeople.com

brought pursuant to the FTCA.

### GENERAL FACTS

13.     At all times material, Luanne Carmille Bevans Daricaud delivered mail to residents of Broward County, Florida and was an agent, servant and/or employee of the Defendant, United States of America, through its agency, the United States Postal Service.

14.     Luanne Carmille Bevans Daricaud was at all times acting within the course and scope of such employment and with the consent of the USPS.

15.     On May 23, 2024, the mail carrier, Luanne Carmille Bevans Daricaud, was operating a USPS truck travelling westbound on West Sunrise Boulevard, east of North Hiatus Road, Plantation, Florida.

16.     Luanne Carmille Bevans Daricaud failed to stop before impacting the vehicle in front of her that Plaintiff, MARIO ESPINOZA, was operating.

17.     At that time and place, Luanne Carmille Bevans Daricaud, failed to yield the right of way to Plaintiff's vehicle and collided with the vehicle in which Plaintiff, MARIO ESPINOZA was riding.

### COUNT I – NEGLIGENCE CLAIM OF MARIO ESPINOZA

18.     Plaintiff, MARIO ESPINOZA, hereby adopts and incorporates by reference the allegations contained in paragraphs 1 through 17 above.

19.     At all times material, Defendant, United States of America, through its agent, servant and/or employee, Luanne Carmille Bevans Daricaud, owed a duty to Plaintiff, MARIO ESPINOZA, to operate a motor vehicle in a safe manner and/or in accordance with law.

20.     At all times material, Defendant, United States of America, through its agent, servant and/or employee, Luanne Carmille Bevans Daricaud, breached this duty by negligently operating

**Morgan & Morgan, P.A.**
8151 Peters Road, Ste. 400 ● Plantation, Florida 33324 ● Telephone (954) 210-7392 ● Facsimile (954) 210-7380
www.ForThePeople.com

the motor vehicle and causing said vehicle to collide with the vehicle in which Plaintiff, MARIO ESPINOZA, was riding.

21.    Notwithstanding at that time and place, Defendant's employee, Luanne Carmille Bevans Daricaud, breached said duty of care and negligently operated the United States Postal Service motor vehicle in the following ways:

a.   Failed to maintain a proper look-out;
b.   Failed to timely and properly apply the vehicle brakes;
c.   Failed to yield the right of way;
d.   Failed to obey a traffic signal or sign; and/or
e.   Was otherwise distracted and/or not using reasonable care in operating the vehicle

22.    This breach by Defendant, United States of America, was the direct and proximate cause of injuries or damages to Plaintiff, MARIO ESPINOZA.

23.    As a result of the negligence of Defendant, United States of America, and its agent, servant and/or employee, Plaintiff, MARIO ESPINOZA, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, activation of a latent condition, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, MARIO ESPINOZA, demands judgment against Defendant, United States of America, for damages in excess of Seventy-Five Thousand Dollars ($75,000.00) together with costs of this action, and such further relief as this Court deems just and proper. Plaintiff also demands a non-jury trial on all issues so triable herein.

**Morgan & Morgan, P.A.**
8151 Peters Road, Ste. 400 ● Plantation, Florida 33324 ● Telephone (954) 210-7392 ● Facsimile (954) 210-7380
www.ForThePeople.com

**Certification and Closing**

Under Fed. R. Civ. P. 11 by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing case la; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Date of signing: May 13, 2026.

Respectfully submitted,

/s/ *Arye P. Corbett*
Arye P. Corbett, Esquire
Morgan & Morgan Fort Myers PLLC
8151 Peters Rd, 4th Floor
Fort Lauderdale, FL 33324
Tele: (754) 285-3199
Fax: (754) 285-3234
Primary E-Mail: arye.corbett@forthepeople.com
Secondary E-Mail:
Samantha.israel@forthepeople.com
Florida Bar #: 830941
Attorney for Plaintiff

*Attorney for Plaintiff, Mario Espinoza*

**Morgan & Morgan, P.A.**
8151 Peters Road, Ste. 400 ● Plantation, Florida 33324 ● Telephone (954) 210-7392 ● Facsimile (954) 210-7380
www.ForThePeople.com